UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PERNELL LYNN JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | **JUDGMENT**<br><br>No. 7:12-CV-339-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 10, 2013, that defendant's motion to remand is granted and the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3). This matter is remanded to the Commissioner for further proceedings.

**This Judgment Filed and Entered on September 10, 2013, and Copies To:**

H. Clifton Hester (via CM/ECF Notice of Electronic Filing)
Elisa Donahoe (via CM/ECF Notice of Electronic Filing)


September 10, 2013        JULIE A. RICHARDS, CLERK
                          /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk