IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.  7:12-CV-339-FL

PERNELL LYNN JOHNSON,       )
                              )
           Plaintiff        )
                              )
      v.              )       <u>ORDER</u>
                              )
CAROLYN W. COLVIN,        )
  Acting Commissioner of       )
  Social Security,           )
                              )
          Defendant.    )
_____)

Upon motion of the Plaintiff, and with no objection by Defendant,

It is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of

$4,048.00 in full satisfaction of any and all claim for fees, costs, and other expenses arising under

EAJA, 28 U.S.C. § 2412(d).

This  25th   day of  November, 2013.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE